**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3930-19

BRIAN BUTCH,

     Plaintiff-Respondent,

v.

RICK CUTTRELL, Custodian
of Records for the Township
of Neptune,

     Defendant,

and

TOWNSHIP OF NEPTUNE,

     Defendant-Appellant.

_____

Submitted January 5, 2022 – Decided January 12, 2022

Before Judges Gilson and Gooden Brown.

On appeal from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-1109-18.

Marmero Law, LLC, attorneys for appellant (Michael R. Burns, on the briefs).

Law Office of Donald F. Burke, attorneys for respondent (Donald F. Burke and Donald F. Burke Jr., on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3930-19